**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 FEB 16 P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

**OWNER-OPERATOR INDEPENDENT DRIVERS**
**ASSOCIATION, INC., NORMAN PELLETIER,**
**MATTHEW O. BULLARD, SR., and DENNIS A. LEE**
on behalf of themselves and all others similarly situated,

    **Plaintiffs,**

VS.

**UNITED VAN LINES, LLC., VANLINER INSURANCE**
**COMPANY, AND UNIGROUP, INC.**

    **Defendants.**

05 **10317 MLW**

Case No.

Class Action
Demand for
Jury Trial

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    Please enter my appearance as attorney for the Plaintiffs, Owner-Operator Independent Drivers Association, Inc., Norman Pelletier, Matthew O. Bullard, Sr., and Dennis A. Lee on behalf of themselves and all others similarly situated, in the above-entitled action.

          **OWNER-OPERATOR INDEPENDENT**
          **DRIVERS ASSOCIATION, INC., NORMAN**
          **PELLETIER, MATTHEW O. BULLARD, SR.,**
          **and DENNIS A. LEE on behalf of themselves**
          **and all others similarly situated,**

          By Their Attorneys,

          Kenneth H. Naide (BBO #643213)
          BONNER KIERNAN TREBACH & CROCIATA
          One Liberty Square - 6th Floor
          Boston, MA 02109
          (617) 426-3900

DATED:
February 16, 2005