UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., NORMAN PELLETIER, MATTHEW O. BULLARD, SR., and DENNIS A. LEE on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>VS.<br><br>UNITED VAN LINES, LLC., VANLINER INSURANCE COMPANY, AND UNIGROUP, INC.<br><br>    Defendants. | Case No.<br>Class Action<br>Demand for<br>Jury Trial |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance as attorney for the Plaintiffs, Owner-Operator Independent Drivers Association, Inc., Norman Pelletier, Matthew O. Bullard, Sr., and Dennis A. Lee on behalf of themselves and all others similarly situated, in the above-entitled action.

    OWNER-OPERATOR INDEPENDENT
    DRIVERS ASSOCIATION, INC., NORMAN
    PELLETIER, MATTHEW O. BULLARD, SR., and
    DENNIS A. LEE on behalf of themselves and all others
    similarly situated,

    By Their Attorneys,

    _John A. Kiernan_
    John A. Kiernan (BBO #271020)
    BONNER KIERNAN TREBACH & CROCIATA
    One Liberty Square - 6th Floor
    Boston, MA 02109
    (617) 426-3900

DATED: February 16, 2005