UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., NORMAN PELLETIER, MATTHEW O. BULLARD, SR., and DENNIS A. LEE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>UNITED VAN LINES, LLC., VANLINER INSURANCE COMPANY, AND UNIGROUP, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 05cv10317 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiffs, Owner-Operator Independent Drivers Association, Inc., Norman Pelletier, Matthew O. Bullard, Sr., and Dennis A. Lee, on behalf of themselves and all others similarly situated, hereby move that Paul D. Cullen, Sr., David A. Cohen and Susan Van Bell all of The Cullen Law Firm, LLC, be admitted *PRO HAC VICE* in the above case as associate trial counsel with local associate counsel identified below. Individual attorney certifications are attached.

Respectfully submitted,

**OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., NORMAN PELLETIER, MATTHEW O. BULLARD, SR., and DENNIS A. LEE on behalf of themselves and all others similarly situated,**

By Their Attorneys,

John A. Kiernan (BBO 271020)
Kenneth H. Naide (BBO #643213)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

Paul D. Cullen, Sr.
David A. Cohen
Susan Van Bell
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, D.C. 20007
(202) 944-8600

DATED: April 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon the attorney of record for each other party by mail on April 22, 2005.

David Wells, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, Missouri 63101

_/s/ Kenneth H. Naide_
Kenneth H. Naide

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OWNER-OPERATOR INDEPENDENT DRIVERS )
ASSOCIATION, INC., NORMAN PELLETIER, )
MATTHEW O. BULLARD, SR., and DENNIS A. LEE )
on behalf of themselves and all others similarly situated, )
                                                                                              )
       Plaintiffs, )
                                                                                             )     Case No. 05cv10317 MLW
v. )
                                                                                             )
UNITED VAN LINES, LLC., VANLINER INSURANCE )
COMPANY, AND UNIGROUP, INC. )
                                                                                              )
       Defendants. )

## *CERTIFICATE OF PAUL D. CULLEN, SR. IN SUPPORT OF APPLICATION FOR LEAVE FOR ATTORNEY PAUL D. CULLEN, SR. TO PRACTICE IN THIS COURT*

I, PAUL D. CULLEN, SR., being first duly sworn, on oath do depose and state as follows:

    1.     I am the managing partner of The Cullen Law Firm, PLLC, 1101 30th Street, N.W., Suite 300, Washington, DC 20007, and seek leave to practice in this Court and represent the Plaintiffs as co-counsel with the firm Bonner, Kiernan, Trebach & Crociata in this action.

    2.     I am admitted to practice law and am a member of good standing in the bars of: The State of Connecticut; the State of New York; the District of Columbia; the United States Court of Appeals for the District of Columbia; the United States Court of International Trade; The United States Court of Appeals for the Federal Circuit; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the Eighth Circuit; the United States Court of Appeals for the Sixth Circuit; and the United States Court of Appeals for the Ninth Circuit.

3. I hereby certify that there are no grievances pending against me, and that I have never been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

4. I have specialized skills and knowledge with respect to affairs important to this case.

5. I am familiar with the Local Rules of the United States District Court of Massachusetts.

I have read the foregoing five paragraphs and believe that they are true and accurate to the best of my knowledge.

Signed under the pains and penalties of perjury.

DATED: 4-20-05

Paul D. Cullen, Sr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., NORMAN PELLETIER, MATTHEW O. BULLARD, SR., and DENNIS A. LEE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED VAN LINES, LLC., VANLINER INSURANCE COMPANY, AND UNIGROUP, INC.<br><br>Defendants. | Case No. 05cv10317 MLW |

### CERTIFICATE OF DAVID A. COHEN IN SUPPORT OF APPLICATION FOR LEAVE FOR ATTORNEY DAVID A. COHEN TO PRACTICE IN THIS COURT

I, DAVID A. COHEN, being first duly sworn, on oath do depose and state as follows:

1. I am a partner of The Cullen Law Firm, PLLC, 1101 30th Street, N.W., Suite 300, Washington, DC 20007, and seek leave to practice in this Court and represent the Plaintiffs as co-counsel with the firm Bonner, Kiernan, Trebach & Crociata in this action.

2. I am admitted to practice law and am a member of good standing in the bars of: the Commonwealth of Pennsylvania; the State of New Jersey; the District of Columbia; the United States Court of Appeals for the Eighth Circuit; the United States District Court for the Western District of Pennsylvania; the United States District Court for the Eastern District of Pennsylvania; and the United States District Court for the District of New Jersey.

3. I hereby certify that there are no grievances pending against me, and that I have never been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

4. I have specialized skills and knowledge with respect to affairs important to this case.

5. I am familiar with the Local Rules of the United States District Court of Massachusetts.

I have read the foregoing five paragraphs and believe that they are true and accurate to the best of my knowledge.

Signed under the pains and penalties of perjury.

DATED: 4/20/2005

David A. Cohen

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

OWNER-OPERATOR INDEPENDENT DRIVERS )
  ASSOCIATION, INC., NORMAN PELLETIER, )
  MATTHEW O. BULLARD, SR., and DENNIS A. LEE )
  on behalf of themselves and all others similarly situated, )
                                        Plaintiffs, )
                                                ) Case No. 05cv10317 MLW
v. )

UNITED VAN LINES, LLC., VANLINER INSURANCE )
COMPANY, AND UNIGROUP, INC. )
                                        Defendants. )

## <u>CERTIFICATE OF SUSAN VAN BELL IN SUPPORT OF<br>APPLICATION FOR LEAVE FOR ATTORNEY SUSAN VAN BELL<br>TO PRACTICE IN THIS COURT</u>

I, SUSAN VAN BELL, being first duly sworn, on oath do depose and state as follows:

1. I am an attorney with The Cullen Law Firm, PLLC, 1101 30th Street, N.W., Suite 300, Washington, DC 20007, and seek leave to practice in this Court and represent the Plaintiffs as co-counsel with the firm Bonner, Kiernan, Trebach & Crociata in this action.

2. I am admitted to practice law and am a member of good standing in the bars of: the State of Maryland; the District of Columbia Circuit; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the District of Maryland; and the United States District Court for the District of Columbia.

3. I hereby certify that there are no grievances pending against me, and that I have never been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

4       I have specialized skills and knowledge with respect to affairs important to this case.

5.      I am familiar with the Local Rules of the United States District Court of Massachusetts.

I have read the foregoing five paragraphs and believe that they are true and accurate to the best of my knowledge.

Signed under the pains and penalties of perjury.

DATED: 4/20/05

_____
Susan Van Bell