UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 CV 10317 MLW |
| v. | ) ) | |
| UNITED VAN LINES, LLC, et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

    Please enter the appearance of Attorneys Francis J. Sally and Jennifer E. Greaney, of Sally & Fitch, LLP, 225 Franklin Street, Boston, on behalf of Defendants United Van Lines, LLC, Vanliner Insurance Company, and UniGroup, Inc. in the above-captioned case.

    Please note that Defendant UniGroup, Inc. ("UniGroup") has herewith filed its Motion to Dismiss for Personal Jurisdiction. The above-named attorneys' appearance on behalf of UniGroup is, at this time, limited to the sole purpose of challenging this Court's personal jurisdiction over UniGroup.

    In the event, however, that the Court denies UniGroup's Motion to Dismiss for Lack of Personal Jurisdiction, the above-named counsel will remain counsel of record for UniGroup for the purpose of all additional business with this Court, including all additional motions filed

- 2 -

herewith, in which UniGroup has joined in the alternative.

                Respectfully submitted,

                SALLY & FITCH LLP

                By:  /s/ *Jennifer E. Greaney*
                    Francis J. Sally (BBO # 439100)
                    Jennifer E. Greaney (BBO # 643337)
                    225 Franklin Street
                    Boston, Massachusetts 02110
                    (617) 542-5542 (phone)
                    (617) 542-1542 (facsimile)

                    Attorneys for Defendants United Van Lines, LLC,
                    Vanliner Insurance Company, and UniGroup, Inc.

- 3 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Notice of Appearance has been served upon the following counsel of record this 2nd day of May, 2005, by U.S. Mail first class postage prepaid.

      Paul D. Cullen, Sr.
      David A. Cohen
      Susan Van Bell
      THE CULLEN LAW FIRM, PLLC
      1101 30th Street, N.W., Suite 300
      Washington, DC 20007

      John A. Kiernan
      Kenneth H. Naide
      BONNER KIERNAN TREBACH & CROCIATE
      One Liberty Square, 6th Floor
      Boston, MA 02109
      (617) 426-3900

      /s/ *Jennifer E. Greaney*
      Jennifer E. Greaney