UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 05 CV 10317 MLW ) ) |
| UNITED VAN LINES, LLC., et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANT UNIGROUP, INC.'S MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

COMES NOW defendant UniGroup, Inc. ("UniGroup"), pursuant to Fed. R. Civ. P. 12(b)(2), and respectfully moves this Court to dismiss the present civil action against it for lack of personal jurisdiction. In support thereof, UniGroup states as follows:

1. UniGroup is a Missouri corporation with its principal (and only) place of business in Fenton, Missouri, near St. Louis. It is not registered to do business in Massachusetts, does not transact business there, and has no offices, employees, or corporate records in Massachusetts. Nor does UniGroup own, possess, or use any property in Massachusetts, maintain a Massachusetts bank account, or pay state or local taxes in Massachusetts.

2. Consequently, UniGroup is not subject to personal jurisdiction in this Court. First, it has engaged in none of the acts specified in Massachusetts' long-arm statute for the exercise of such jurisdiction. Second, its contacts with Massachusetts are so minimal that it would violate constitutional due process requirements to permit the present lawsuit against it to proceed in this Court.

3.     UniGroup's sole alleged connection with Massachusetts is that its defendant subsidiaries—United Van Lines, LLC ("United") and Vanliner Insurance Company ("Vanliner")—transact business there.  Plaintiffs also allege that two (out of eighteen) UniGroup directors reside in Massachusetts, and that UniGroup supposedly "advertises" to Massachusetts citizens via the internet.

4.     Settled and controlling precedent, however, confirms that such indirect, tenuous, and limited contacts are not legally sufficient for the exercise personal jurisdiction.  Accordingly, UniGroup must be dismissed as a party defendant in this case.

5.     In further support of this Motion, UniGroup incorporates herein by reference its accompanying memorandum of law, together with the Affidavit of George Smith (attached hereto as Exhibit A).

## LOCAL RULE 7.1(A)(2) CERTIFICATE

6.     Michael Morris, one of the counsel for defendants herein, conferred with David A. Cohen, one of the counsel for plaintiffs, on April 29, 2005 in a good faith but unsuccessful effort to resolve or narrow the issues presented by this Motion.

## REQUEST FOR ORAL ARGUMENT

7.     UniGroup believes that oral argument on the present Motion would be beneficial to the parties and would assist the Court in its determination of the issues presented.  Accordingly, pursuant to Local Rule 7.1(d), UniGroup request the Court to schedule oral argument on this Motion.

WHEREFORE, defendant UniGroup, Inc. respectfully moves this Court to dismiss all claims pleaded against it in Plaintiffs' Class Action Complaint for lack of personal jurisdiction,

and to grant UniGroup such other and further relief as may be appropriate in the circumstances.

        Respectfully submitted,

        SALLY & FITCH LLP


By: /s/ *Jennifer E. Greaney*
Francis J. Sally (BBO # 439100)
Jennifer E. Greaney (BBO # 643337)
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5542 (phone)
(617) 542-1542 (facsimile)

THOMPSON COBURN LLP
David Wells (*pro hac vice* app. pending)
Michael J. Morris (*pro hac vice* app. pending)
Rebecca A. Pinto (*pro hac vice* app. pending)
One U.S. Bank Plaza
St. Louis, MO 63101
(314) 552-6000 (phone)
(314) 552-7000 (facsimile)

Attorneys for Defendant UniGroup, Inc.

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant UniGroup, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction has been served upon the following counsel of record, as listed below, this 2nd day of May, 2005, by U.S. Mail first class postage prepaid:

Paul D. Cullen, Sr.
David A. Cohen
Susan Van Bell
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, DC 20007

John A. Kiernan
Kenneth H. Naide
BONNER KIERNAN TREBACH & CROCIATE
One Liberty Square, 6th Floor
Boston, MA 02109
(617) 426-3900

/s/ *Jennifer E. Greaney*
Jennifer E. Greaney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 CV 10317 MLW |
| v. | ) ) | |
| UNITED VAN LINES, LLC., et al. | ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF GEORGE SMITH

George Smith, being first duly sworn, deposes and states as follows:

1. I am employed by defendant UniGroup, Inc. ("UniGroup") as Senior Specialist–Corporate & Regulatory Law. I also serve as Assistant Secretary of UniGroup. I have been employed by UniGroup or one of its corporate predecessors since 1986.

2. I am over the age of 21. I am competent to give this affidavit, which is being submitted in support of Defendant UniGroup, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. The facts stated herein are based upon my personal knowledge and/or examination of business records kept in the ordinary course of business, and are true and correct to the best of my knowledge, information, and belief.

3. UniGroup is a Missouri corporation with its principal place of business at One Premier Drive, Fenton, Missouri 63026. UniGroup is a holding company that owns several operating subsidiaries. Among its wholly-owned direct and indirect subsidiaries are the other two defendants, United Van Lines, LLC and Vanliner Insurance Company.

4. UniGroup is not registered to do business and has no offices in Massachusetts, employs no Massachusetts residents, and maintains no corporate records in Massachusetts.

5. UniGroup does not operate as a motor carrier in any state, including Massachusetts.

6. UniGroup does not provide any transportation, relocation, trucking, motor carrier or other services in Massachusetts.

7. UniGroup does not enter into contracts to provide transportation, relocation, trucking, motor carrier or other services in Massachusetts.

8. UniGroup does not own or operate any transportation, relocation, trucking, motor carrier, or other facilities in Massachusetts.

9. UniGroup does not own, use, or possess any real estate or personal property located in Massachusetts.

10. UniGroup has no bank account in Massachusetts.

11. UniGroup does not pay state or local taxes in Massachusetts.

12. UniGroup is not an insurance company, and does not insure any person, property, or risk located in Massachusetts.

13. UniGroup's motor carrier subsidiary, United Van Lines, LLC ("United"), operates through a nationwide network of independently owned and operated local agents. None of these independent United agents, in Massachusetts or in any other state, are agents of UniGroup. Moreover, UniGroup has no ownership interest in any United agent and it does not manage, control or participate in the agents' business operations, whether in Massachusetts or elsewhere.

14. Other than its informational Web site on the internet (www.unigroupinc.com), which can be accessed by anyone in the world with an internet connection, UniGroup does not advertise or otherwise solicit business in Massachusetts or from Massachusetts residents.

16. UniGroup's Board of Directors is comprised of eighteen individuals. Only one of the eighteen UniGroup directors resides in Massachusetts.

17. Further affiant sayeth not.

/s/ *George F. Smith*_____
George F. Smith
Senior Specialist–Corporate & Regulatory Law

STATE OF MISSOURI            )
                             ) SS.
COUNTY OF ST. LOUIS          )

On this \_\_\_\_\_ day of April, 2005, before me appeared _____, to me personally known, who being by me duly sworn, did state that he is authorized to make this affidavit, and that the statements made herein are true to the best of his knowledge, information and belief.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official seal in the County and State aforesaid, the date and year written above.

_____
Notary Public

(SEAL)

My Commission Expires:

_____