UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., | ) ) ) |
|     Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED VAN LINES, LLC., et al., | ) ) |
|     Defendants. | ) |

No. 05 CV 10317 MLW

**DEFENDANTS' MOTION FOR LEAVE
TO EXCEED PAGE LIMIT FOR MEMORANDUM OF LAW**

COME NOW defendants United Van Lines, LLC, Vanliner Insurance Company, and UniGroup, Inc. and, pursuant to Local Rule 7.1(b)(4), respectfully request leave to file their Memorandum in Support of Rule 12(b)(6) Motion to Dismiss in excess of this Court's standard 20-page limit. In support of this request, defendants state that plaintiffs' Class Action Complaint in this case is 20 pages long, and purports to assert four separate, legally complex causes of action against defendants. The case involves a putative nationwide class of thousands of individuals.

Defendants firmly believe that all of plaintiffs' claims are legally defective and are subject to dismissal as a matter of law. To adequately explain those legal defects, together with supporting case law and other pertinent authority, defendants need to file a memorandum longer than 20 pages. The memorandum defendants seek leave to file is 28 pages long, exclusive of the certificate of service.

WHEREFORE, defendants United Van Lines, LLC, Vanliner Insurance Company, and UniGroup, Inc. respectfully request leave to file their Memorandum in Support of Rule 12(b)(6)

Motion to Dismiss in excess of 20 pages, and request such other and further relief as may appropriate

in the circumstances.

Respectfully submitted,

SALLY & FITCH LLP


By:  /s/ *Jennifer E. Greaney*
     Francis J. Sally (BBO # 439100)
     Jennifer E. Greaney (BBO # 643337)
     225 Franklin Street
     Boston, Massachusetts 02110
     (617) 542-5542 (phone)
     (617) 542-1542 (facsimile)

     THOMPSON COBURN LLP
     David Wells (*pro hac vice* app. pending)
     Michael J. Morris (*pro hac vice* app. pending)
     Rebecca A. Pinto (*pro hac vice* app. pending)
     One U.S. Bank Plaza
     St. Louis, MO 63101
     (314) 552-6000 (phone)
     (314) 552-7000 (facsimile)


     Attorneys for Defendants United Van Lines,
     Vanliner Insurance Company, and UniGroup, Inc.

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant's Motion for Leave to Exceed Page Limit on Memorandum of Law has been served upon the following counsel of record, as listed below, this 2nd day of May, 2005, by U.S. Mail first class postage prepaid:

Paul D. Cullen, Sr.
David A. Cohen
Susan Van Bell
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, DC 20007

John A. Kiernan
Kenneth H. Naide
BONNER KIERNAN TREBACH & CROCIATE
One Liberty Square, 6th Floor
Boston, MA 02109
(617) 426-3900

/s/ *Jennifer E. Greaney*
Jennifer E. Greaney