UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED VAN LINES, LLC, et al.,<br><br>　　Defendants. | No. 05 CV 10317 MLW |

## CERTIFICATE & AFFIDAVIT OF GOOD STANDING OF DAVID WELLS

David Wells, being duly sworn, deposes and certifies as follows:

1. I am a partner with the law firm of Thompson Coburn LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101, 314-552-6118 (telephone), 314-552-7118 (facsimile).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted, including the Supreme Court of Missouri, the Supreme Court of Illinois, and the United States District Courts for the Eastern District of Missouri and the Southern District of Illinois.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

　　　　　　　　　　　　　　　　　　　　/s/ *David Wells*
　　　　　　　　　　　　　　　　　　　　David Wells

- 2 -

STATE OF MISSOURI            )
                                           ) SS.
CITY OF ST. LOUIS            )


       On this ___ day of April, 2005, before me appeared David Wells, to me personally known, who being by me duly sworn, did state that he is authorized to make this affidavit, and that the statements made herein are true to the best of his knowledge, information and belief.

       IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official seal in the City and State aforesaid, the date and year written above.


_____
Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED VAN LINES, LLC, et al., <br><br> Defendants. | No. 05 CV 10317 MLW |

## **CERTIFICATE & AFFIDAVIT OF GOOD STANDING OF MICHAEL J. MORRIS**

Michael J. Morris, being duly sworn, deposes and certifies as follows:

1. I am a partner with the law firm of Thompson Coburn LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101, 314-552-6000 (telephone), 314-552-7000 (facsimile).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted, including the Supreme Court of Missouri, the Supreme Court of Illinois, and the United States District Court for the Eastern District of Missouri.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ *Michael J. Morris*
Michael J. Morris

- 2 -

STATE OF MISSOURI )
                 ) SS.
CITY OF ST. LOUIS )

      On this ___ day of April, 2005, before me appeared Michael J. Morris, to me personally known, who being by me duly sworn, did state that he is authorized to make this affidavit, and that the statements made herein are true to the best of his knowledge, information and belief.

      IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official seal in the City and State aforesaid, the date and year written above.

                                _____
                                Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED VAN LINES, LLC., et al., )<br>)<br>Defendants. ) | No. 05 CV 10317 MLW |

### CERTIFICATE & AFFIDAVIT OF GOOD STANDING OF REBECCA A. PINTO

Rebecca A. Pinto, being duly sworn, deposes and certifies as follows:

1.  I am an associate with the law firm of Thompson Coburn LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101, 314-552-6000 (telephone), 314-552-7000 (facsimile).

2.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted, including the Supreme Court of Missouri, the Supreme Court of Illinois, and the United States District Court for the Eastern District of Missouri.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ *Rebecca A. Pinto*
Rebecca A. Pinto

- 2 -

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) SS. |
| CITY OF ST. LOUIS | ) |

  On this ___ day of April, 2005, before me appeared Rebecca A. Pinto, to me personally known, who being by me duly sworn, did state that she is authorized to make this affidavit, and that the statements made herein are true to the best of her knowledge, information and belief.

  IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official seal in the City and State aforesaid, the date and year written above.

             _____
             Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 CV 10317 MLW |
| v. | ) ) | |
| UNITED VAN LINES, LLC, et al., | ) ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Francis J. Sally, a member of the Bar of this Court and one of the attorneys for the defendants herein, hereby moves, pursuant to Local Rule 83.5.3(b), for the admission pro hac vice of David Wells, Michael J. Morris, and Rebecca A. Pinto to the Bar of this Court, for the purpose of representing defendants in this action. All of the above-named counsel are duly licensed attorneys with the law firm of Thompson Coburn LLP, One U.S. Bank Plaza, St. Louis, Missouri 63101. As prescribed by Local Rule 83.5.3(b), the Certificates and Affidavits of Good Standing of Mr. Wells, Mr. Morris, and Ms. Pinto are annexed hereto.

Respectfully submitted,

SALLY & FITCH LLP

By: /s/ *Francis J. Sally*
Francis J. Sally (BBO # 439100)
Jennifer E. Greaney (BBO # 643337)
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5542 (phone)
(617) 542-1542 (facsimile)

Attorneys for Defendants United Van Lines, LLC, Vanliner Insurance Company, and UniGroup, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Admission Pro Hac Vice has been served upon the following counsel of record this 2nd day of May, 2005, by U.S. Mail first class postage prepaid.

>Paul D. Cullen, Sr.
>David A. Cohen
>Susan Van Bell
>THE CULLEN LAW FIRM, PLLC
>1101 30th Street, N.W., Suite 300
>Washington, DC 20007
>
>John A. Kiernan
>Kenneth H. Naide
>BONNER KIERNAN TREBACH & CROCIATE
>One Liberty Square, 6th Floor
>Boston, MA 02109
>(617) 426-3900

>>/s/ *Jennifer E. Greaney*
>>Jennifer E. Greaney