UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED VAN LINES, LLC, et al., )<br>)<br>Defendants. ) | No. 05 CV 10317 MLW |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS UNITED VAN LINES, VANLINER INSURANCE COMPANY, AND UNIGROUP, INC.**

Defendants in this action hereby submit their Corporate Disclosure Statement as prescribed by Local Rule 7.3(A) of this Court:

I. <u>United Van Lines, LLC</u>

    1. The parent companies of this defendant: UniGroup, Inc.

    2. Any publicly held company that owns 10% or more of this defendant: None.

II. <u>Vanliner Insurance Company</u>

    1. The parent companies of this defendant: Vanliner Group, Inc. (a wholly owned subsidiary of UniGroup, Inc.).

    2. Any publicly held company that owns 10% or more of this defendant: None.

III. <u>UniGroup, Inc.</u>

    1. The parent companies of this defendant: None.

    2. Any publicly held company that owns 10% or more of this defendant: None.

Respectfully submitted,

SALLY & FITCH LLP

By:  /s/ *Jennifer E. Greaney*
    Francis J. Sally (BBO # 439100)
    Jennifer E. Greaney (BBO # 643337)
    225 Franklin Street
    Boston, Massachusetts 02110
    (617) 542-5542 (phone)
    (617) 542-1542 (facsimile)

    THOMPSON COBURN LLP
    David Wells (*pro hac vice* app. pending)
    Michael J. Morris (*pro hac vice* app. pending)
    Rebecca A. Pinto (*pro hac vice* app. pending)
    One U.S. Bank Plaza
    St. Louis, MO 63101
    (314) 552-6000 (phone)
    (314) 552-7000 (facsimile)

    Attorneys for Defendants United Van Lines, LLC,
    Vanliner Insurance Company, and UniGroup, Inc.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Corporate Disclosure Statement of Defendants has been served upon the following counsel of record this 2nd day of May, 2005, by U.S. Mail first class postage prepaid.

    Paul D. Cullen, Sr.
    David A. Cohen
    Susan Van Bell
    THE CULLEN LAW FIRM, PLLC
    1101 30th Street, N.W., Suite 300
    Washington, DC 20007

    John A. Kiernan
    Kenneth H. Naide
    BONNER KIERNAN TREBACH & CROCIATE
    One Liberty Square, 6th Floor
    Boston, MA 02109
    (617) 426-3900


                                      /s/ *Jennifer E. Greaney*
                                      Jennifer E. Greaney