UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., </br></br>  Plaintiffs, </br></br> v. </br></br> UNITED VAN LINES, LLC, et al., </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) )   No. 05 CV 10317 MLW |

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

Please enter the appearance of Attorneys Francis J. Sally and Jennifer E. Greaney, of Sally & Fitch, LLP, 225 Franklin Street, Boston, on behalf of Defendants United Van Lines, LLC, Vanliner Insurance Company, and UniGroup, Inc. in the above-captioned case.

Please note that Defendant UniGroup, Inc. ("UniGroup") has herewith filed its Motion to Dismiss for Personal Jurisdiction. The above-named attorneys' appearance on behalf of UniGroup is, at this time, limited to the sole purpose of challenging this Court's personal jurisdiction over UniGroup.

In the event, however, that the Court denies UniGroup's Motion to Dismiss for Lack of Personal Jurisdiction, the above-named counsel will remain counsel of record for UniGroup for the purpose of all additional business with this Court, including all additional motions filed

herewith, in which UniGroup has joined in the alternative.

                                Respectfully submitted,

                                SALLY & FITCH LLP

                                By:  /s/ *Jennifer E. Greaney*
                                    Francis J. Sally (BBO # 439100)
                                    Jennifer E. Greaney (BBO # 643337)
                                    225 Franklin Street
                                    Boston, Massachusetts 02110
                                    (617) 542-5542 (phone)
                                    (617) 542-1542 (facsimile)

                                    Attorneys for Defendants United Van Lines, LLC,
                                    Vanliner Insurance Company, and UniGroup, Inc.

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Notice of Appearance has been served upon the following counsel of record this 2nd day of May, 2005, by U.S. Mail first class postage prepaid.

>Paul D. Cullen, Sr.
>David A. Cohen
>Susan Van Bell
>THE CULLEN LAW FIRM, PLLC
>1101 30th Street, N.W., Suite 300
>Washington, DC 20007
>
>John A. Kiernan
>Kenneth H. Naide
>BONNER KIERNAN TREBACH & CROCIATE
>One Liberty Square, 6th Floor
>Boston, MA 02109
>(617) 426-3900

      /s/ *Jennifer E. Greaney*
      Jennifer E. Greaney