UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., NORMAN PELLETIER, MATTHEW O. BULLARD, SR., and DENNIS A. LEE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>UNITED VAN LINES, LLC., VANLINER INSURANCE COMPANY, AND UNIGROUP, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)Case No. 05cv10317 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PARTIES' STIPULATION OF EXTENSION OF TIME FOR PLAINTIFFS' TO FILE THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS

The parties hereby stipulate that the time for Plaintiffs, Owner-Operator Independent Drivers Association, Inc., Norman Pelletier, Matthew O. Bullard, Sr. and Dennis A. Lee to file their oppositions to all of the Defendants' motions filed on or about May 2, 2005, shall be extended to and including June 15, 2005.

| Plaintiffs, | Defendants, |
|---|---|
| By Their Attorneys, | By Their Attorneys, |
| *[signature]* | *[signature] (KHN)* |
| John A. Kiernan, Esq. (BBO 271020)<br>Kenneth H. Naide, Esq. (BBO 643213)<br>Bonner, Kiernan, Trebach & Crociata<br>One Liberty Square, 6th Floor<br>Boston, MA 02109<br>Tel. No. (617) 426-3900 | Michael J. Morris, Esq.<br>David Wells, Esq.<br>Rebecca A. Pinto, Esq.<br>Thompson Coburn, LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101 |
| Paul D. Cullen, Sr., Esq.<br>David A. Cohen, Esq.<br>Susan Van Bell, Esq.<br>The Cullen Law Firm, PLLC<br>1101 30th Street, N.W., Suite 300<br>Washington, DC 20007 | Francis J. Sally, Esq. (BBO 439100)<br>Jennifer E. Greaney, Esq. (BBO 643337)<br>Sally & Fitch<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5542 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon the attorney of record for each other party by mail on May 10, 2005

Paul D. Cullen, Sr., Esq.
David A. Cohen, Esq.
Susan Van Bell, Esq.
The Cullen Law Firm, PLLC
1101 30th Street, N.W., Suite 300
Washington, DC 20007

David Wells, Esq.
Michael J. Morris, Esq.
Rebecca A. Pinto, Esq.
Thompson Coburn, LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Francis J. Sally, Esq.
Jennifer E. Greaney, Esq.
Sally & Fitch, LLP
225 Franklin Street
Boston, MA 02110

_____
Kenneth H. Naide